Fill in this information to identify the case:

Debtor 1: Alma Leticia Herrero

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number: 14-35537

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 2 5 0 8

**Property address:** 4115 Sue Ellen Street
Number    Street

_____

Houston,    TX    77087
City                 State    ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 01 / 01 / 2019
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due: (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) $ _____

c. **Total**. Add lines a and b. (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___
MM / DD / YYYY

---

Form 4100R          **Response to Notice of Final Cure Payment**          page 1

Debtor 1 __Alma Leticia Herrero_____   Case number (*if known*) __14-35537_____
        First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ ___/s/ Kristin Zilberstein_____   Date  _1_ / _30_ / _2019_
    Signature

Print   ___Kristin Zilberstein_____   Title  __Authorized Agent for Secured Creditor__
        First Name   Middle Name   Last Name

Company  ___Ghidotti Berger, LLP_____

If different from the notice address listed on the proof of claim to which this response applies:

Address  ___1920 Old Tustin Avenue_____
         Number          Street

         ___Santa Ana,   CA   92705_____
         City                  State      ZIP Code

Contact phone   __(949) 427 – 2010__        Email  __kzilberstein@ghidottiberger.com__

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **2**

Kristin Zilberstein, Esq. (SBN: 200041)
Jennifer Bergh, Esq. (SBN: 305219)
Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
GHIDOTTI | BERGER
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph:  (949) 427-2010
Fax: (949) 427-2732
kzilberstein@ghidottiberger.com

Authorized Agent for Creditor
US Bank Trust National Association, as Trustee of the Chalet Series III Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF TEXAS – HOUSTON DIVISION

| | |
|---|---|
| In Re: ) | CASE NO.:  14-35537 |
| ) | |
| Alma Leticia Herrero, ) | CHAPTER 13 |
| ) | |
| Debtors. ) | **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1
CERTIFICATE OF SERVICE

On January 30, 2019 I served the following documents described as:

- **RESPONSE TO NOTICE OF FINAL CURE PAYMENT**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Alma Leticia Herrero | Anis Damani |
| 4115 Sue Ellen St. | Damani Law Firm PLLC |
| Houston, TX 77087-1337 | 8303 Southwest Fwy, Ste 111 |
|  | Houston, TX 77074 |
| **Trustee** |  |
| William E. Heitkamp | **U.S. Trustee** |
| Office of Chapter 13 Trustee | Office of the US Trustee |
| 9821 Katy Freeway, Ste 590 | 515 Rusk Ave, Ste 3516 |
| Houston, TX 77024 | Houston, TX 77002 |

\_xx\_\_\_(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

\_\_xx\_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on January 30, 2019 at Santa Ana, California

/*s / Lauren Simonton*
Lauren Simonton

2
CERTIFICATE OF SERVICE